UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: **AMELIA PULLEY**        Case No. **09-38057-KRH**
      **SHELTON PULLEY JR.**
      Debtor(s)        Chapter 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY
FOR DEBTOR(S)

Richard J. Oulton, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $**750.00**

1. The Attorney has provided services to the Debtor(s) in connection with the filing of a post confirmation modified plan filed with this Court on 6/29/2010.

2. The Attorney has provided services to the Debtor(s) in connection with the defense of a motion for relief from the automatic stay filed with this Court on 5/14/2010. The motion for relief was settled without a hearing and the Court entered a consent order in this matter on 7/08/2010.

3. The Attorney has provided services to the Debtor(s) in connection with the defense of a motion for relief from the automatic stay filed with this Court on 7/2/2010. The motion for relief was settled without a hearing and the Court entered a consent order in this matter on 8/2/2010.

4. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

5. The Attorney is the sole provider of legal services to the Debtor(s).

6. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

7. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

      Respectfully Submitted,
      <u>/s/ Richard J. Oulton</u>
      Richard J. Oulton (VSB#29640)
      Attorney for Debtor
      2800 N. Parham Road
      Richmond, VA 23294
      Tel: (804) 308-0015

Certificate of Service

      I certify that on **11/17/2010**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all necessary parties on the mailing matrix maintained by the clerk of court, a copy of which is attached.

                                            /s/ Richard J Oulton
                                              Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: **AMELIA PULLEY**          Case No. **09-38057-KRH**
       **SHELTON PULLEY JR.**
        Debtor(s)                        Chapter 13

NOTICE OF MOTION

     Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of $750.00 in connection with the filing of a post-confirmation modified plan pursuant to the trustee's motion to dismiss. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

     **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **12/1/2010** you or your attorney must:

     File a written objection and a copy with the Court at:

         United States Bankruptcy Court
         701 E. Broad Street
         Richmond, VA 23219

You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:
     Address of attorney for the Debtor(s):      Richard J Oulton
                                                              2800 N. Parham Rd Suite 100
                                                              Richmond, VA 23294
                                                               Tel: (804) 308-0051

     Address of Chapter 13 Trustee:

Carl M. Bates, P. O. Box 1819, Richmond, VA 23218-1819

     <u>Attend a hearing which will be scheduled at a later date.</u> If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.**11/17/2010**
                                                                           /s/ Richard J Oulton
                                                                          Richard Oulton (VSB#29640)
                                                                          Attorney for Debtor
                                                                          2800 N. Parham Rd. Suite 100
                                                                          Richmond, VA 23294
                                                                          Tel: (804) 308-0051

PROOF OF SERVICE

The undersigned hereby certifies that on **11/17/2010,** the foregoing Notice was served electronically and/or by first class mail, postage prepaid, to the parties on the attached matrix.

/s/ Richard J Oulton

**Service Matrix:**        Richard J. Oulton

**NAME AND ADDRESS OF TRUSTEES**
Carl M. Bates
P. O. Box 1819
Richmond, VA 23218-1819

**AMELIA PULLEY**
**SHELTON PULLEY JR.**
Debtor
**4859 Powhattan Lakes Road**
**Powhatan, VA  23139**

**NAME AND ADDRESSES OF CREDITORS**

    **CitiFinancial Services Inc.**
P.O. Box 140489
Irving, TX 75014-0489

    **Advance America**
1800 S Creek One
Suite J
Powhatan, VA 23139

    **Advance America, Cash Advance Centers of VA, Inc.**
c/o Advance America
135 North Church Street
Spartanburg, SC 29306

    **American Credit Bureau**
2755 S Federal Hwy
Boynton Beach, FL 33435-0000

    **American Medical Coll Agency**
2269 S. Saw Mill River Rd.
Building 3
Elmsford, NY 10523-0000

    **Amerifinancial Solutions**
PO Box 64488
Baltimore, MD 21264-4488

    **ARM Accounts Receivable Manage**
P.O. Box 129
Thorofare, NJ 08086-0129

**Ascension Capital Group, Inc.**
Attn: HSBC Auto Finance
PO Box 201347
Arlington, TX 76006

**Best Buy Mastercard**
PO Box 17051
Baltimore, MD 21297-1051

**Bon Secours**
PO Box 28538
Richmond, VA 23228-0000

**Bon Secours**
PO Box 404893
Atlanta, GA 30384-4893

**Bon Secours St. Francis Med Ctr**
c/o Greer P. Jackson, Jr., Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Dr
Richmond, VA 23294-4704

**Bon Secours St. Mary's Hospital**
c/o Greer P. Jackson, Jr., Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Dr
Richmond, VA 23294-4704

**C & F Fin**
1927 C&F Drive
Hampton, VA 23666-0000

**C&F Finance Company**
4660 S Laburnum Ave
Henrico, VA 23231-0000

**Cac Financial Corp**
2601 Nw Expwy
Oklahoma City, OK 73112-0000

**Cawthorn, Picard & Rowe, P.C.**
8310 Midlothian Turnpike
Richmond, VA 23235-0000

**Chaplin & Gonet**
5211 West Broad St.
Suite 100
Richmond, VA 23230-0000

**Chippenham & Johnston-Willis Hospitals, Inc.**
c/o Cawthorn, Picard & Rowe
8310 Midlothian Turnpike
Richmond, Virginia 23235

**Cit Bank/Dfs**
12234 N Ih 35 Sb Bldg B
Austin, TX 78753-0000

**Citi Cards**
P.O. Box 45129
Jacksonville, FL 32232-0000

**Citifinancial**
Po Box 499
Hanover, MD 21076-0000

**CitiFinancial, Inc. (MD)**
PO Box 140069
Irving, TX 75019-0069

**CitiFinancial, Inc. (MD)**
PO Box 70919
Charlotte, NC 28272-0919

**CJW Medical Center**
re: Bankruptcy Dep't
P.O. Box 740760
Cincinnati, OH 45274-0760

**CJW Medical Center**
PO Box 740760
Cincinnati, OH 45274-0760

**Collection**
Po Box 9134
Needham, MA 02494-0000

**Comcast**
PO Box 100
2277 Academy Road
Powhatan, VA 23139-0100

**Commonwealth Radiology**
1510 Willow Lawn Drive
Suite 102
Richmond, VA 23230-0000

**Credit Adjustment Bo**
306 East Grace Street
Richmond, VA 23219-0000

**Credit Adjustment Board**
306 East Grace Street
Richmond, VA 23219-0000

**Credit Control Corp**
11821 Rock Landing Dr
Newport News, VA 23606-0000

**Dell Financial Services L.L.C.**
c/o Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

**Dell Preferred Acct**
Payment Processing Center
PO Box 6403
Carol Stream, IL 60197-6403

**Dominion Behavioral Healthcare**
703 North Courthouse Rd
Suite 1
Richmond, VA 23236-0000

**Drs. Wood and Lombardozzi**
11601 Robious Rd
Ste 130
Midlothian, VA 23113-0000

**Ecmc**
1 Imation Pl
Oakdale, MN 55128-0000

**ECMC**
P.O Box 75906
St. Paul, MN 55175

**ECMC**
attn: Treasury Offset
PO Box 1708
Saint Paul, MN 55101-0000

**ECMC**
Lock Box 8639
PO Box 75848
Saint Paul, MN 55175-0848

**ECMC**
Lock Box 8639
Kirvin, TX 75848-0000

**ECMC Loan Servicing Center**
1002 Arthur Drive
Lynn Haven, FL 32444-0000

**Educational Credit Management**
101 E Fifth St
Suite 2400
Saint Paul, MN 55101-0000

**Emergency Physicians Office**
P.O. Box 1757442
Baltimore, MD 21297-1694

**Enhanced Recovery Corporation**
8014 Bayberry Rd
Jacksonville, FL 32256-7412

**ER Solutions Inc.**
P. O Box 9004
Renton, WA 98057-0000

**First Premier Bank**
601 S Minnesota Ave
Sioux Falls, SD 57104-0000

**GC Services**
4777 Hilton Corporate Dr.
Columbus, OH 43232-0000

**GC Services**
6330 Gulfton
Houston, TX 77081-0000

**H&R Block Bank**
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas, TX 75374

**Home Depot**
P.O. Box 105981
Department 51
Atlanta, GA 30353-0000

**Hsbc Auto**
6602 Convoy Ct
San Diego, CA 92111-0000

**HSBC Auto Finance (f/k/a Household Auto Finance Co**
P.O. Box 60130
City Of Industry, CA 91716

**HSBC Auto Finance (f/k/a Household Auto Finance Co**
P.O. Box 201347
Arlington, TX 76006

**LCA Collections**
P.O. Box 2240
Burlington, NC 27216-2240

**Louisa Home Care**
POBox 1209
Louisa, VA 23093-0000

**Malcolm S. Gerald and Assoc**
332 South Michigan Ave
Suite 600
Chicago, IL 60604-0000

**MiraMed Revenue Group**
PO Box 536
Linden, MI 48451-0536

**Nationwide Insurance**
PO Box 96040
Charlotte, NC 28296-0040

**Nco Fin/51**
Po Box 13574
Philadelphia, PA 19101-0000

**NCO Financial**
1804 Washington Blvd, Dept 600
Baltimore, MD 21230-0000

**New Bedford Corp**
PO Box 31476
Richmond, VA 23294-0000

**Pelletieri & Associates**
PO Box 536
Linden, MI 48451-0536

**Powhatan County**
Faye G Barton, Treasurer
PO Box 87
Powhatan, VA 23139-0000

**Powhatan County Treas Office**
Faye G. Barton, Treasurer
P.O. Box 87
Powhatan, VA 23139-0000

**Primedoc St Francis, PC**
PO Box 2249
Pawleys Island, SC 29585-2249

**Prince-Parker & Associates**
8625 Crown Crescent Court
P.O. Box 474690
Charlotte, NC 28247-4690

**Pulmonary Assoc. of Richmond**
1000 Boulders Pkwy 102
Suite 102
Richmond, VA 23225-0000

**Pulmonary Associates of Richmond**
c/o Chaplin & Gonet
5211 West Broad Street
#100
Richmond, VA 23230

**Ralph Zentgraf, D.D.S.**
13860 Raised Antler Cir.
Suite B
Midlothian, VA 23112-0000

**Richmond Gastroenterology Asso**
1010 N. Thompson St. #200
Richmond, VA 23230-0000

**Riddle & Wood**
PO Box 1187
Sandy, UT 84091-1187

**Ryan Vision Center**
c/o Parrish & Lebar
5 E Franklin St
Richmond, VA 23219-0000

**Ryan Vision Center**
3410 Pump Road
Henrico, VA 23233-0000

**Sears Credit Cards**
PO Box 183081
Columbus, OH 43218-3081

**Southside Electric Coop., Inc.**
P.O. Box 7
Crewe, VA 23930-0007

**St Francis Emergency Associate**
PO Box 79214
Baltimore, MD 21279-0214

**St. Francis Medical Ctr.**
PO Box 404893
Atlanta, GA 30384-4893

**The Bureaus Inc**
1717 Central St
Evanston, IL 60201-0000

**The Home Depot**
PO Box 689100
Des Moines, IA 50368-9100

**The Oulton Law Firm, PLLC**
2807 N Parham Rd Suite 107
Richmond, VA 23294

**The Oxygen Co dba Health First**
8143 Staples Mill Road
Henrico, VA 23228-2002

**Travelers Remittance Center**
One Tower Square
Hartford, CT 06183-1001

**United Consumers**
PO BOX 4466
Woodbridge, VA 22194-0000

**Verizon**
P.O. Box 660720
Dallas, TX 75266-0720

**Verizon Virginia Inc**
500 Technology Dr
Weldon Spring, MO 63304-0000

**Verizon Wireless**
PO Box 3397
Bloomington, IL 61702-3397

**Victoria Insurance**
5915 Landerbrook Dr.
Cleveland, OH 44124-4058

**Virginia Diabetes and Endocrin**
1401 Johnston Willis Dr
Suite 1200
Richmond, VA 23235-4730

**West Asset**
2812 Spring Rd Ste 250
Atlanta, GA 30339-0000

**West End Anesthesia Group**
c/o MedDirect
PO Box 120130
Grand Rapids, MI 49528-0103

**West End Orthopaedic Clinic**
PO Box 35725
Richmond, VA 23235-0000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: **AMELIA PULLEY**  Case No. **09-38057-KRH**
**SHELTON PULLEY JR.**
Debtor(s)  Chapter 13

## PROPOSED ORDER APPROVING ATTORNEY COMPENSATION

The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of $**750.00** in connection with the following:

1. The Attorney has provided services to the Debtor(s) in connection with the filing of a post confirmation modified plan filed with this Court on **6/29/2010**

2. The Attorney has provided services to the Debtor(s) in connection with the defense of a motion for relief from the automatic stay filed with this Court on **5/14/2010**. The motion for relief was settled without a hearing and the Court entered a consent order in this matter on **7/8/2010**.

3. The Attorney has provided services to the Debtor(s) in connection with the defense of a motion for relief from the automatic stay filed with this Court on **7/2/2010**. The motion for relief was settled without a hearing and the Court entered a consent order in this matter on **8/2/2010**.

There being no objection filed to the application for compensation in this matter to date in the amount of $**750.00** and that the Chapter 13 trustee Carl M. Bates**,** is authorized to pay an additional $**750.00** to Richard J. Oulton from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

UNITED STATES BANKRUPTCY COURT

By_____

Judge

Notice of Order Entered on Docket

_____

I ask for this:
/s/ Richard J. Oulton
Richard J. Oulton, VSB# 29640, Counsel for Debtor
2800 N. Parham Rd. Suite 100
Richmond, VA 23294
Tel. 804-308-0051
Fax: 804-308-0053

Seen and agreed

_____
Carl M. Bates

Certification

I hereby certify that this Order has been endorsed by all necessary parties to this matter.

                                      /s/ Richard JOulton
                                        Richard J. Oulton

Please send a copy of this Order to:

**NAME AND ADDRESS OF TRUSTEES**
Carl M. Bates
P. O. Box 1819
Richmond, VA 23218-1819

**AMELIA PULLEY**
**SHELTON PULLEY JR.**
Debtor
**4859 Powhattan Lakes Road**
**Powhatan, VA  23129**